# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1290

_____

Robert Davis,                                   *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
      v.                                        *   District Court for the
                                                *   Eastern District of Arkansas.
Jo Anne B. Barnhart, Commissioner,              *
Social Security Administration,                 *
                                                *   [UNPUBLISHED]
            Appellee.                           *

_____

Submitted: November 19, 2004
Filed:  December 1, 2004

_____

Before RILEY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert Davis appeals the district court's[1] decision upholding the Commissioner's denial of supplemental security income benefits after a hearing before an administrative law judge (ALJ) and after the Appeals Council denied review. Having reviewed the record, we find that the Commissioner's decision is supported by substantial evidence on the record as a whole. See Hilkemeyer v.

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

Barnhart, 380 F.3d 441, 445 (8th Cir. 2004). In particular, the ALJ considered Davis's impairments in combination, made sufficient credibility findings, considered the side effects of his medications, fully developed the record, adopted a hypothetical posed to the vocational expert which included all of Davis's limitations that were supported by the record, and considered the disability findings of the Veteran's Administration in making his decision.

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____